# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2008

135233

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JOHN JAAKKOLA,
      Plaintiff-Appellant,

v

AUTO OWNERS INSURANCE COMPANY,
      Defendant-Appellee.

SC: 135233
COA: 279787
Gogebic CC: 07-000084-AV

_____/

On order of the Court, the application for leave to appeal the October 18, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2008

_____
Clerk

t0114